UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT

2022 APR 22 PM 12: 11

### Entry of Appearance - Pro Se

**Richard Roy Blake**
vs.
**Hong, Burton, City of Northglenn, CO**

Case No. 1:21-CV-00138-RMR-NYW

**INSTRUCTIONS:** A PARTY DESIRING TO APPEAR WITHOUT COUNSEL SHALL NOTIFY THE CLERK BY COMPLETING AND SIGNING THIS FORM. THE FEDERAL RULES OF APPELLATE PROCEDURE AND TENTH CIRCUIT RULES REQUIRE THAT ALL PAPERS SUBMITTED TO THE COURT FOR FILING BE SIGNED BY THE FILING PARTY AND THAT COPIES BE SERVED ON OPPOSING PARTIES OR THEIR COUNSEL, IF REPRESENTED BY COUNSEL. THE ORIGINAL OF EVERY PAPER SUBMITTED FOR FILING MUST CONTAIN PROOF OF SERVICE IN A FORM SIMILAR TO THAT ON THE REVERSE OF THIS FORM. ANY PAPER THAT DOES NOT CONTAIN THE REQUIRED PROOF OF SERVICE MAY BE DISREGARDED BY THE COURT OR RETURNED.

I hereby notify the clerk that I am appearing pro se as the

_____
(Appellant, Petitioner, Appellee or Respondent)

this case. All notices regarding the case should be sent to me at the address below. If my mailing address changes, I will promptly notify the clerk in writing of my new address.

Further, in accordance with 10th Cir. R. 46.1, I certify: **(Check one.)**

☑  All parties to this litigation, including parties who are now or have been interested in this litigation, are revealed by the caption on appeal, or

☑  There are parties interested in this litigation that do not appear in the caption for this appeal, and they are listed on the back of this form.

_/s/ RRB_____          _Richard Roy Blake_____
Signature                                                                Name
                                                                         _3879 E. 120th Avenue, #131_____
                                                                         Mailing Address

                                                                         Thornton, CO  80233
                                                                         City              State         Zip Code

A-5a Pro Se Entry of Appearance Form 10/09

## CERTIFICATE OF SERVICE

I hereby certify that on ___4/20/2022___ I sent a copy of
[date]
the Pro Se Entry of Appearance Form to: _Lilane Hong, Darren Burton and the City of

Northglenn, Colorado

at _c/o City of Northglenn, 11701 Community Center Drive, Northglenn, CO 80233_, the last known

address/email address, by _First Class Mail_.
[state method of service]

___4/20/2022___
Date  _RRB_

Signature

---

## CERTIFICATE OF INTERESTED PARTIES
(attach additional pages if necessary)

A-5 Pro Se Entry of Appearance Form 10/09



Blake
9 E. 120th Avonde
nton, Co 80233

United States Court of Appeals for the 10th
Byron White United States Courthouse
1823 Stout Street
Denver, Co 80257

Scanned by U.S. Marshal